**Remy Marsano, appellee, v. N. A. Bergner, appellant. Gen. No. 24,577.**

Action to recover for personal injuries sustained by a pedestrian in a collision with an automobile. Judgment for plaintiff for $4,600.

Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Thomas H. Murray, for appellant. Benjamin Levering and Elmer H. Heitmann, for appellee.

Mr. Justice Holdom delivered the opinion of the court.